February 20, 1981.

433 A.2d 106

Burton v. Burton, Appellant.

Argued April 15, 1980.   Louise Porac, for appellant;   Daniel Webster, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.